UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

January 8, 2007

9:00 A.M.

CASE NO.   3-03-cr-63 (PCD)   USA v. Lawrence Alibozek

    COUNSEL OF RECORD:

| | |
|---|---|
| Eric J. Glover, AUSA | U.S. Attorney's Office, 157 Church St., New Haven, CT 06510     203-821-3700 |
| William T. Gerace, Esq. | Gerace & Associates, 21 Oak St., Suite 604, Hartford, CT 06106     860-525-4461 |
| Jackie Carroll, USPO | U.S. Probation Office, 157 Church St., New Haven, CT 06510     203-773-2100 |

    BY ORDER OF THE COURT
    KEVIN F. ROWE, CLERK