**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | : | **CASE NO. 3:04CR284(PCD)** |
| | : | |
| **V.** | : | |
| | : | |
| **LAWRENCE ALIBOZEK** | : | **JANUARY 3, 2007** |

## MOTION TO BE EXEMPT FROM E-FILING

The undersigned respectfully requests that he be exempt from e-filing in the matter of *United States v. Lawrence Alibozek* in order to file his Memorandum in Aid of Sentencing. The undersigned is not registered with the Court's electronic case management system. Therefore, the undersigned requests that he be given permission to file his memorandum on paper.

                                Respectfully submitted,


BY:    _____
       William T. Gerace
       Gerace & Associates
       21 Oak Street – Suite 604
       Hartford, CT  06106
       Ph:  (860) 525-4461
       Fax:  (860) 527-2439

## ORDER

      IT IS ORDERED that the motion be GRANTED/DENIED.

Dated: _____, 2007             _____
                                                                     HON. PETER C. DORSEY
                                                                     UNITED STATES DISTRICT JUDGE

## CERTIFICATION

      THIS IS TO CERTIFY THAT a copy of the foregoing Sentencing Memorandum was faxed and mailed this 3d day of January, 2007 to:

    Nora R. Dannehy, A.U.S.A.
    Office of the United States Attorney
    450 Main Street, Room 328
    Hartford, CT  06103

                                                                             _____
                                                                             William T. Gerace