UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No.  3:03CR63 (PCD) |
| v. | : | |
| | : | |
| LAWRENCE E. ALIBOZEK | : | January 8, 2007 |

## GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE

Pursuant to Section 5K1.1 of the Sentencing Guidelines, the United States moves the Court to depart downward from the defendant Lawrence Alibozek's applicable sentencing guidelines range inasmuch as the defendant has provided substantial assistance in the investigation and prosecution of other persons who have committed offenses.  The grounds to support the granting of this motion are set forth in the attached Memorandum in Support of Motion for Downward Departure.  This motion was originally filed under seal; however, based on the information contained in the defendant's sentencing memorandum and comments made during the sentencing hearing, the government moved that it be authorized to file the motion and a redacted memorandum as part of the public record.  The Court granted the motion.   Thus, attached is a memorandum in which information involving the defendant's family, not relevant to

the offense conduct in this case, has been redacted.

Respectfully submitted,

JOHN H. DURHAM
ACTING UNITED STATES ATTORNEY

BY:/s/Michael S. McGarry
MICHAEL S. McGARRY
FEDERAL BAR NO. ct25713

FOR:  NORA R. DANNEHY
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct01942
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101

<u>CERTIFICATION OF SERVICE</u>

This is to certify that a copy of the within and foregoing has been mailed, first class,

postage prepaid, this 8th day of January 2007 to:

William Gerace, Esq.
21 Oak Street
Hartford, Connecticut 06106

U.S. Probation Officer Jacqueline Carroll
U.S. Probation Office
CT Financial Center
157 Church Street, 22nd Fl.
New Haven, CT 06510

<div style="margin-left: 2em;">

/s/Michael S. McGarry

By:    MICHAEL S. McGARRY
       ASSISTANT UNITED STATES ATTORNEY

For:   NORA R. DANNEHY
       ASSISTANT UNITED STATES ATTORNEY

</div>