## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

      V.                                      CASE NO. 3:03 CR 63 (PCD)

LAWRENCE ALIBOZEK

## AMENDED JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on January 8, 2007 be amended as follows:

**"Defendant is to be confined to his home for a period of 1 Year, with electronic monitoring to be conducted telephonically and at the expense of the defendant, and interest is to be waived on the restitution."**

In all other respects the Judgment & Order of Commitment entered by this Court on January 8, 2007 remains the same.

It is So Ordered.

Dated at New Haven, Connecticut, this 24th day of January, 2007.

/s/ _____
Peter C. Dorsey, Senior Judge
U.S. District Court